## Case No. 18,010.

### WOODWORTH v. BARBOUR.

[Cited in Gibson v. Gifford, Case No. 5,395. Nowhere reported; opinion not now accessible.]